UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE A. ROBINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>DENNIS BETTENCOURT, *et al.*,<br><br>   Defendant. | Case No.  2:24-cv-00760-DC-JDP (PS)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 6 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 6. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 6, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file a amended complaint.

IT IS SO ORDERED.

Dated:   October 10, 2024                              _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE