UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE A. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS BETTENCOURT *et al.*,<br><br>　　　　　Defendants. | Case No.  2:24-cv-0760-DC-JDP (PS)<br><br><br>ORDER |

　　　　Plaintiff has filed a request for an extension of time to file a second amended complaint. Good cause appearing, the request will be granted.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. Plaintiff's motion for an extension of time, ECF No. 11, is GRANTED; and

　　　　2. Plaintiff is granted until April 22, 2025, to file a second amended complaint.

IT IS SO ORDERED.

Dated:　　March 25, 2025　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1