UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE A. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS BETTENCOURT, et al.<br><br>　　　　Defendants. | No. 2:24-cv-00760-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

Plaintiff Rose A. Robinson is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's second amended complaint be dismissed without further leave to amend due to this court's lack of subject matter jurisdiction and for failure to state a claim. (Doc. No. 14.) Specifically, the magistrate judge found federal question and diversity jurisdiction were absent because Plaintiff pleaded a single-state law claim for violation of California Civil Code section 2924.11 against California citizens. (*Id*. at 3.) The magistrate judge also found Plaintiff's claim under California Civil Code section 2924.11 should be dismissed because she failed to allege that she was accepted or was approved for a foreclosure prevention alternative. (*Id*. 3–4.)

The findings and recommendations were served on Plaintiff and contained notice that any

objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 4–5.) Plaintiff filed a letter to the court on May 6, 2025.[1] (Doc. No. 15.) In her letter, Plaintiff details her living conditions following the foreclosure and loss of her home and asks to change the amount of compensation damages she is owed. (*Id.*) While the court is sympathetic to Plaintiff's struggles, Plaintiff's letter does not meaningfully address the magistrate judge's findings and recommendations and provides no basis upon which to reject the magistrate judge's recommendations. Plaintiff has not filed any other document that can be construed as written objections to the magistrate judge's findings and recommendations, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 30, 2025 (Doc. No. 14) are ADOPTED in full; and
2. Plaintiff's second amended complaint (Doc. No. 13) is DISMISSED without leave to amend for lack of jurisdiction and for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 24, 2025**

Dena Coggins
United States District Judge

---

[1] On May 19, 2025, Plaintiff also filed a motion for an extension of time to file a third amended complaint. (Doc. No. 16.) On June 6, 2025, the magistrate judge denied Plaintiff's motion because the findings and recommendations and Plaintiff's objections remained pending. (Doc. No. 17.)